```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA            :
                                            [Proposed] MM
            -v-                     :       ORDER OF RESTITUTION

MEHMET DIKENGIL and                 :       18 Cr. 76 (PAC)
ANNA JONES,                                 S1 18 Cr. 76 (PAC)

            Defendants.             :

- - - - - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-29-19

Upon the application of the United States of America, by its attorney, GEOFFREY S. BERMAN, United States Attorney for the Southern District of New York, Ryan B. Finkel and Alexandra N. Rothman, Assistant United States Attorneys, of counsel; the presentence report; the defendants' convictions in this case, it is hereby ORDERED that:

1. **Amount of Restitution.** MEHMET DIKENGIL shall pay restitution in the total amount of $1,094,155.88 to the victims of the offenses charged in the Indictment, 18 Cr. 76 (PAC). ANNA JONES shall pay restitution in the total amount of $959,150.54 to the victims of the offense charged in the Superseding Information, S1 18 Cr. 76 (PAC). The names, addresses and specific amounts owed to the victims shall be set forth in a Schedule of Victims, which shall be provided by the Government to the Court. Upon advice of a victim change of address, the Clerk of the Court is

authorized to send payments to the new address without further order of this Court.

2. **Joint and Several Liability**. The defendants' liability for restitution shall be joint and several with each other and any restitution ordered to be paid by Luis Omar Vargas, a co-defendant in Case Number 18 Cr. 76 (RA), Katherine Ramos, a co-defendant in Case Number S2 18 Cr. 76 (RA), and any other defendant sentenced to restitution whose restitution order is made joint and several.

3. **Terms of Restitution**. The defendants' liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his or her loss from all the restitution paid by the Defendants. No further payment shall be required after the sum of the amounts actually paid by the defendants has fully covered all the compensable injuries. Any payment made by the defendants shall be divided among the victims named in proportion to their compensable injuries.

4. **Payment Schedule**. The defendant shall make restitution to victims payable to the Clerk of Court, United States District Court on the schedule entered in the Court's judgment.

5. **Change of Address**. The defendant shall notify the United States Attorney for this district within 30 days of any

change of mailing or residence address that occurs while any portion of the restitution remains unpaid.

Dated: New York, New York
       March 2⧸, 2019

                             SO ORDERED:

                             */s/ Paul A. Crotty*

                             THE HONORABLE PAUL A. CROTTY
                             UNITED STATES DISTRICT JUDGE